# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–3 | User: rwong | Date Created: 6/16/2011 | |
| Case: 11–32255 | Form ID: B9F | Total: 19 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Post Street LLC | c/o Bend Properties | 1920 Main St. Suite #150 | Irvine, CA 92614 | |
| ust | Office of the U.S. Trustee / SF | Office of the U.S. Trustee | 235 Pine St | Suite 700 | San Francisco, CA 94104 |
| aty | Eric D. Goldberg | Stutman, Treister and Glatt | 1901 Avenue of the Stars 12th Fl. | Los Angeles, CA 90067 | |
| aty | Minnie Loo | Office of the U.S. Trustee | 235 Pine St. 7th Fl | San Francisco, CA 94104–3484 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacrament, CA 94230 | |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 11943161 | A Total Fire Protection | 3075 Alhambra Drive Suite 205 | Cameron Park, CA 95682 | | |
| 11943162 | Carter Brothers | 500 W Cypress Creek Road No 650 | Fort Lauderdale, FL 33309 | | |
| 11943163 | City Mechanical, Inc. | 724 Alfred Nobel Drive | Hercules, CA 94547 | | |
| 11943164 | Cushman and Wakefield of California | One Maritime Plaza No 900 | San Francisco, CA 94111 | | |
| 11943165 | Deloitte and Touche LLP | 350 S Grand Avenue Suite 200 | Los Angeles, CA 90071–3462 | | |
| 11943166 | Festival Management Corp | 9841 Airport Blvd No 700 | Los Angeles, CA 90045 | | |
| 11943167 | Festival Retail Fund Management | 9841 Airport Blvd No 700 | Los Angeles, CA 90045 | | |
| 11943168 | International Cleaning Services | One Sutter St Suite 808 | San Francisco, CA 94104 | | |
| 11943169 | KSW Architecture and Planning | 245 Vallejo Street | San Francisco, CA 94111 | | |
| 11943170 | Schulte Roth and Zabel | 919 Third Avenue | New York, NY 10022 | | |
| 11943171 | ThyssenKrupp Elevator | PO Box 933013 | Atlanta, GA 31193 | | |

TOTAL: 19