JEFFREY C. KRAUSE (State Bar No. 94053),
jkrause@stutman.com
H. ALEXANDER FISCH (State Bar No. 223211), and
afisch@stutman.com
MICHAEL S. NEUMEISTER (State Bar No. 274220), Members of
mneumeister@stutman.com
STUTMAN, TREISTER & GLATT, PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:     (310) 228-5600
Telecopy:      (310) 228-5788

[Proposed] Reorganization Counsel for
Debtor and Debtor in Possession

Debtor's Mailing Address:
Post Street LLC
c/o Bend Properties
1920 Main St Suite # 150
Irvine, CA  92614

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 11-32255 |
| POST STREET, LLC, | Chapter 11 |
| Debtor. | **STATEMENT OF ATTORNEYS FOR DEBTOR PURSUANT TO BANKRUPTCY CODE SECTION 329(A) AND BANKRUPTCY RULE 2016(B)** |
| | [No Hearing Required] |

       Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b),

H. Alexander Fisch, a member of Stutman, Treister & Glatt Professional Corporation ("ST&G")

states as follows:

       1.     During the one-year period before the date of the filing of the chapter 11

petition (the "Petition Date") for Post Street, LLC (the "Debtor"), ST&G received from the Stanley

W. Gribble Trust, on behalf of the Debtor, a total of $280,000 for legal services provided, and to be provided, to the Debtor and costs related thereto.

2.    Before the filing of this chapter 11 case, ST&G had charged against the funds received a total of $22,010.68 for fees and expenses incurred on behalf of the Debtor before the Petition Date.  Accordingly, as of the Petition Date, ST&G held a retainer balance of $257,989.32.

3.    ST&G has neither shared nor agreed to share compensation with any other person except as among the members of ST&G.


Dated:  June 29, 2011                    STUTMAN, TREISTER & GLATT PROFESSIONAL
                                         CORPORATION


                                         */s/ H. Alexander Fisch*_____
                                         JEFFREY C. KRAUSE,
                                         H. ALEXANDER FISCH, and
                                         MICHAEL S. NEUMEISTER
                                         [Proposed] Reorganization Counsel for Debtor
                                         and Debtor in Possession

552467v1