JEFFREY C. KRAUSE (State Bar No. 94053),
jkrause@stutman.com
ERIC D. GOLDBERG (State Bar No. 157544), and
egoldberg@stutman.com
H. ALEXANDER FISCH (State Bar No. 223211), Members of
afisch@stutman.com
STUTMAN, TREISTER & GLATT, PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

[Proposed] Reorganization Counsel for
Debtor and Debtor in Possession

Debtor's Mailing Address:
Post Street LLC
c/o Bend Properties
1920 Main St Suite # 150
Irvine, CA  92614

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 11-32255 |
| POST STREET, LLC, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Joanne B. Stern, declare:

I am over the age of eighteen years and not a party to the within action. I am employed in an office that employs a member of the bar of this Court, at whose direction the within service was made. My business address is 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

On July 21, 2011, I served the following document:

**FIRST MONTHLY OPERATING REPORT (REAL ESTATE CASE)**

on the following person(s) and/or entity(ies) at the last know addresses(es) by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows:

See the attached Service List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2011, at Los Angeles, California.

*/s/ Joanne B. Stern*
Joanne B. Stern

552502v.1

Post Street, LLC
Service List
552935v1
July 19, 2011

| Debtor | Trustee | By Federal Express |
|---|---|---|
| Post Street LLC<br>c/o Bend Properties<br>1920 Main Street Suite 150<br>Irvine, CA 92614 | Office of the United States Trustee<br>Attn: Minnie Loo<br>235 Pine Street Suite 700<br>San Francisco, CA 94104-3484 | Honorable Thomas E. Carlson<br>U.S. Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |
| Attorneys for Secured Creditors: | Craig H. Solomon<br>Square Mile Capital Management LLC<br>450 Park Avenue<br>New York, NY 10022 | Stein & Lubin LLP<br>Attn: Theodore Griffinger/Jonathan Sommer/ Sean T. Strauss<br>600 Montgomery Street 14th Floor<br>San Francisco, CA 94111 |
| David Z. Bark, Esq.<br>Foreclosure Trustee<br>First American Title<br>4380 La Jolla Village Drive Suite 200<br>San Diego, CA 92122 | Unsecured Creditors | Carter Brothers<br>500 W Cypress Creek Road No 650<br>Fort Lauderdale, FL 33309 |
| City Mechanical, Inc.<br>724 Alfred Nobel Drive<br>Hercules, CA 94547 | Cushman and Wakefield of California<br>One Maritime Plaza No 900<br>San Francisco, CA 94111 | Deloitte and Touche LLP<br>350 S. Grand Avenue, Suite 200<br>Los Angeles, CA 90071-3462 |
| Festival Management Corp<br>9841 Airport Blvd No 700<br>Los Angeles, CA 90045 | Festival Retail Fund Management<br>9841 Airport Blvd No 700<br>Los Angeles, CA 90045 | International Cleaning Services<br>One Sutter St Suite 808<br>San Francisco, CA 94104 |
| KSW Architecture and Planning<br>245 Vallejo Street<br>San Francisco, CA 94111 | Schulte Roth and Zabel<br>919 Third Avenue<br>New York, NY 10022 | ThyssenKrupp Elevator<br>PO Box 933013<br>Atlanta, GA 31193 |
| A Total Fire Protection<br>3075 Alhambra Drive Suite 205<br>Cameron Park, CA 95682 | Notice Recipients re Bankruptcy Rule 5003(e): | Secretary of State<br>State of California<br>1500 - 11th Street<br>Sacramento, CA 95814 |
| Commodity Futures Trading Commission<br>Three Lafayette Center<br>1155 21st Street N.W.<br>Washington, DC 20581 | Employment Development Department<br>State of California<br>Bankruptcy Unit MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 |

552502v.1   2

Case: 11-32255    Doc# 35    Filed: 07/22/11    Entered: 07/22/11 15:55:29    Page 3 of 5

| | | |
|---|---|---|
| Internal Revenue Service<br>Special Procedures Section<br>1301 Clay Street Stop 1400S<br>Oakland, CA 94612-5210 | Lewis Maldonado<br>US EPA Region 9 Bankruptcy Contact<br>Office of Regional Counsel, ORC-3<br>75 Hawthorne Street<br>San Francisco, CA 94105 | Secretary of the Treasury<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220 |
| Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>5670 Wilshire Boulevard, Floor 11<br>Los Angeles, CA 90036 | United States Attorney<br>Civil Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3400 | United States Department of Education<br>Bankruptcy Section<br>50 Beale Street, Room 9800<br>San Francisco, CA 94105-1863 |
| Request for Special Notice | Attorney for Post Investors, LLC<br>Dennis D. Miller, Esq.<br>Stein & Lubin LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | |