Entered on Docket
July 29, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 28, 2011

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**

_____

| | |
|---|---|
| 1 | JEFFREY C. KRAUSE (State Bar No. 94053), jkrause@stutman.com |
| 2 | ERIC D. GOLDBERG (State Bar No. 157544), egoldberg@stutman.com |
| 3 | H. ALEXANDER FISCH (State Bar No. 223211), and afisch@stutman.com |
| 4 | MICHAEL S. NEUMEISTER (State Bar No. 274220), Member mneumeister@stutman.com |
| 5 | STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION |
| 6 | 1901 Avenue of the Stars, 12th Floor Los Angeles, CA 90067 |
| 7 | Telephone:   (310) 228-5600 Telecopy:    (310) 228-5788 |

[Proposed] Reorganization Counsel for
Debtor and Debtor in Possession

Debtor's Mailing Address:
Post Street LLC
c/o Bend Properties
1920 Main St Suite # 150
Irvine, CA  92614

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 11-32255 |
| POST STREET, LLC, | Chapter 11 |
| Debtor. | **ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF NOSSAMAN LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION** |

Upon review and consideration of the *Application for Order Authorizing the Employment and Retention of Nossaman LLP as Special Litigation Counsel for the Debtor and Debtor in Possession* (the "Application"), filed on July 15, 2011, by Post Street, LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor"), the accompanying *Declaration of Brendan F. Macaulay*, any opposition to the Application, and the record in these cases; it appearing that Nossaman LLP ("Nossaman") does not represent or hold any interest adverse to the Debtor or to its estate with respect to the matters for which Nossaman is to be employed and that the employment of Nossaman is in the best interests of the estate; the Court hereby finds that notice was appropriate under the circumstances; and good cause exists for the relief requested in the Application.

THEREFORE, IT IS ORDERED THAT:

1. The Application is granted.

2. The employment of Nossaman as special litigation counsel for the Debtor is approved, effective as of June 15, 2011, the petition date in this case, in accordance with all of the terms set forth in the Application.

PRESENTED BY:

*/s/ H. Alexander Fisch*
JEFFREY C. KRAUSE,
ERIC D. GOLDBERG
H. ALEXANDER FISCH, and
MICHAEL S. NEUMEISTER, Members of
STUTMAN, TREISTER & GLATT, P.C.
[Proposed] Reorganization Counsel for Debtor
and Debtor in Possession

**END OF ORDER**

COURT SERVICE LIST

A Total Fire Protection
3075 Alhambra Drive Suite 205
Cameron Park, CA 95682

Carter Brothers
500 W Cypress Creek Road No 650
Fort Lauderdale, FL 33309

City Mechanical, Inc.
724 Alfred Nobel Drive
Hercules, CA 94547

Craig H. Solomon
Square Mile Capital Management LLC
450 Park Avenue
New York, NY 10022

Cushman and Wakefield of California
One Maritime Plaza No 900
San Francisco, CA 94111

David Z. Bark, Esq.
Foreclosure Trustee
First American Title
4380 La Jolla Village Drive Suite 200
San Diego, CA 92122

Deloitte and Touche LLP
350 S. Grand Avenue, Suite 200
Los Angeles, CA 90071-3462

Festival Management Corp
9841 Airport Blvd No 700
Los Angeles, CA 90045

Festival Retail Fund Management
9841 Airport Blvd No 700
Los Angeles, CA 90045

International Cleaning Services
One Sutter St Suite 808
San Francisco, CA 94104

KSW Architecture and Planning
245 Vallejo Street
San Francisco, CA 94111

Post Street LLC
c/o Bend Properties
1920 Main Street Suite 150
Irvine, CA 92614

| | |
|---|---|
| 1 | |
| 2 | Schulte Roth and Zabel<br>919 Third Avenue<br>New York, NY 10022 |
| 3 | |
| 4 | Stein & Lubin LLP<br>Attn: Theodore Griffinger/Jonathan Sommer/ Sean T. Strauss<br>600 Montgomery Street 14th Floor<br>San Francisco, CA 94111 |
| 5 | |
| 6 | |
| 7 | ThyssenKrupp Elevator<br>PO Box 933013<br>Atlanta, GA 31193 |
| 8 | |