Dennis D. Miller (SBN 138669)
Jonathan E. Sommer (SBN 209179)
Sean T. Strauss (SBN 245811)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
dmiller@steinlubin.com
jsommer@steinlubin.com
sstrauss@steinlubin.com

Attorneys for Secured Creditor
POST INVESTORS, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

POST STREET, LLC,

    Debtor.

Case No. 11-32255-TEC

Chapter 11

**SECURED CREDITOR POST INVESTORS, LLC'S AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

[11 U.S.C. § 362(d)(1), (d)(2), (d)(3)]

| | |
|---|---|
| New Hearing Date: | October 21, 2011 |
| New Hearing Time: | 11:00 a.m. |
| Crtrm.: | US Bankruptcy Court<br>235 Pine Street, 23rd Floor<br>San Francisco, CA |
| Judge: | Hon. Thomas E. Carlson |

**TO THE DEBTOR, THE DEBTOR'S ATTORNEYS OF RECORD, THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** pursuant to the agreement between secured creditor Post Investors, LLC ("Post Investors") and Post Street, LLC (the "Debtor"), and with the Court's consent, the hearing on Post Investors motion for relief from the automatic stay of 11 U.S.C. § 362(a) for an order to foreclose on the real property commonly known as 228-240 Post Street,

68850003/445939v1      1      Case No. 11-32255-TEC
AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
Case: 11-32255    Doc# 64    Filed: 09/30/11    Entered: 09/30/11 10:27:33    Page 1 of 5

San Francisco, California (the "Real Property") has been continued from October 11, 2011 at 1:00 p.m. to October 21, 2011 at 11:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that any opposition to Post Investor's motion for relief from the automatic stay is now to be filed and served on October 7, 2011. If you fail to appear or to oppose the motion, the Court may grant Post Investors relief from the automatic stay to foreclose or otherwise dispose of the Real Property and to grant Post Investors such other and further relief as the Court deems just and proper.

Dated: September 29, 2011  STEIN & LUBIN LLP

By: /s/ Dennis D. Miller
Dennis D. Miller
Attorneys for Secured Creditor
POST INVESTORS, LLC

# PROOF OF SERVICE

I, Catherine Montoya, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. On September 30, 2011, I served a copy of the within document(s):

**AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

☒ **(BY NEF)** To be served by the Court Via Notice of Electronic Filing ("NEF"): Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document(s) will be served by the court via NEF to all those person(s) listed on the Electronic Mail Notice List

☒ **(BY EMAIL)** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Eric D. Goldberg<br>H. Alexander Fisch<br>Jeffrey C. Krause<br>Stutman, Treister & Glatt<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angles, CA 90067<br>Email: egoldberg@stutman.com<br>afisch@stutman.com<br>jkrause@stutman.com | *Attorneys for*<br>Debtor and Debtor in Possession |
| Bruce J. Lurie<br>Lurie, Zepeda, Schmalz & Hogan<br>9107 Wilshire Blvd, Suite 800<br>Beverly Hills, CA 90210<br>Email: brucelurie@lurie-zepeda.com | *Special Litigation Counsel for*<br>Debtor and Debtor in Possession |
| Brendan F. Macaulay<br>Nossaman LLP<br>50 California Street, 34th Fl.<br>San Francisco, CA 94111<br>Email: bmacaulay@nossaman.com | *Special Litigation Counsel for*<br>Debtor and Debtor in Possession |
| Adam A. Lewis<br>Morrison Foerster<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Email: alewis@mofo.com | *Attorneys for Defendant*<br>Eurohypo AG aka Eurohypo AG,<br>New York Branch |

68850003/445939v1    3    Case No. 11-32255-TEC
AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
Case: 11-32255   Doc# 64   Filed: 09/30/11   Entered: 09/30/11 10:27:33   Page 3 of 5

| | |
|---|---|
| 1 | ☒ **(BY HAND)** by placing the document(s) listed above in a sealed envelope and causing the envelope to be personally delivered to the person(s) at the address(es) set forth below. |
| 2 | |
| 3 | |
| 4 | Honorable Thomas E. Carlson |
| 5 | U.S. Bankruptcy Court<br>235 Pine Street, 19th Floor |
| 6 | San Francisco, CA 94104 |
| 7 | ☒ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| 8 | |

**See Attached Service List**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 30, 2011, at San Francisco, California.

> _/s/ Catherine Montoya_
> Catherine Montoya

68850003/445939v1     4     Case No. 11-32255-TEC
AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
Case: 11-32255   Doc# 64   Filed: 09/30/11   Entered: 09/30/11 10:27:33   Page 4 of 5

## SERVICE LIST

| | |
|---|---|
| Debtor<br>Post Street LLC and<br>Festival Retail Fund 1 228<br>c/o Bend Properties<br>1920 Main Street Suite 150<br>Irvine, CA 92614 | KSW Architecture and Planning<br>245 Vallejo Street<br>San Francisco, CA 94111 |
| Carter Brothers<br>500 W Cypress Creek Road<br>No 650<br>Fort Lauderdale, FL 33309 | ThyssenKrupp Elevator<br>PO Box 933013<br>Atlanta, GA 31193 |
| Deloitte and Touche LLP<br>350 S. Grand Avenue, Suite 200<br>Los Angeles, CA 90071-3462 | City Mechanical, Inc.<br>724 Alfred Nobel Drive<br>Hercules, CA 94547 |
| International Cleaning Services<br>One Sutter St Suite 808<br>San Francisco, CA 94104 | Cushman and Wakefield of California<br>One Maritime Plaza No 900<br>San Francisco, CA 94111 |
| Mercury Maintenance<br>One Sutter Street Suite 808<br>San Francisco, CA 94104 | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| The Gap, Inc.<br>2 Folsom Street<br>San Francisco, CA 94105 | Schulte Roth and Zabel<br>919 Third Avenue<br>New York, NY 10022 |
| A Total Fire Protection<br>3075 Alhambra Drive Suite 205<br>Cameron Park, CA 95682 | Internal Revenue Service<br>Special Procedures Section<br>1301 Clay Street Stop 1400S<br>Oakland, CA 94612-5210 |